

Ronald D. Coleman
Partner
rcoleman@goetzfitz.com

April 25, 2012

**BY EMAIL**

Ms. Paula Rand
United States District Court
Western District of New York
304 U.S. Courthouse--68 Court Street
Buffalo, NY 14202-3498

      Re:    <u>Tanfastic, Inc. v. New Sunshine, LLC
             Civ. Action No. 09:6298</u>

Dear Ms. Rand:

    Per our conversation, I write to confirm the closing of the above-referenced action.

    Thank you for your courtesies.

                  Very truly yours,

                  Ronald D. Coleman

55 Harristown Rd., Glen Rock, NJ 07452 |201-612-4444 (F) 201-612-4455
170 Old Country Rd., Suite 300, Mineola, NY 11501 | 516-741-2162 (F) 516-746-1024
One North Broadway, Suite 800 White Plains, NY 10601 | 914-946-7735 (F) 914- 946-0098